```
 1  JEFFER, MANGELS, BUTLER & MITCHELL LLP
    JAMES WESLEY KINNEAR (Bar No. 124771) JWK@jmbm.com
 2  Two Embarcadero Center, Fifth Floor
    San Francisco, California  94111-3824
 3  Telephone:     (415) 398-8080
    Facsimile:     (415) 398-5584
 4
    Attorneys for Defendants Red Head, Inc.,
 5  Skyy Spirits, LLC,
    Sammy Hagar, and Marco Monroy
 6
 7
 8                 UNITED STATES DISTRICT COURT
 9                EASTERN DISTRICT OF CALIFORNIA
10                       FRESNO DIVISION
11
```

| | |
|---|---|
| ZONE SPORTS CENTER, LLC, a California limited liability company; FRESNO ROCK TACO, LLC, a California limited liability company; MILTON PETER BARBIS, an individual,<br><br>        Plaintiffs,<br><br>    v.<br><br>RED HEAD, INC., DBA Cabo Wabo Enterprises, a California Corporation; SKYY SPIRITS, LLC, a California limited liability company; GRUPPO CAMPARI, a business of unknown corporate status; SAMMY HAGAR, an individual; MARCO MONROY, an individual; and DOES 1 through 10, inclusive,<br><br>        Defendants. | CASE NO. 1:10-cv-01833-AWI-SMS<br><br>**ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (LOCAL RULE 144(A)); AND CONTINUING SCHEDULING CONFERENCE HEARING**<br><br>Judge: Judge Anthony W. Ishii |

*Zone Sports Center, LLC et al. v. Red Head, Inc., ea al;* CASE NO. CV-01833-AWI-SMS
*[Proposed] Order Re Stipulation re Response to Complaint (L. R. 144(a))*

PRINTED ON RECYCLED PAPER
1051811v1
PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4   Pursuant to the parties' Stipulation filed on October
5   20, 2010, and good cause appearing therefor, the responses of
6   defendants Red Head, Inc., Skyy Spirits, LLC, Sammy Hagar, and
7   Marco Monroy to the complaint shall be due by November 29, 2010.
8
9   Scheduling Conference hearing is continued from December
10  9, 2010 to **Monday, January 31, 2011 at 9:30 a.m.** in Courtroom #7
11  before Judge Snyder.
12
13  IT IS SO ORDERED.
14
15  DATED:   October 20, 2010
16                                    /s/ Sandra M. Snyder
17                                    SANDRA M. SNYDER, U.S. Magistrate Judge
18
19
20
21
22
23
24
25
26
27
28

PRINTED ON RECYCLED PAPER

- 2 -

*Zone Sports Center, LLC et al. v. Red Head, Inc., ea al;* CASE NO. CV-01833-AWI-SMS
*Stipulation re Response to Complaint (L. R. 144(a))*

1051811v1

PDF created with pdfFactory trial version www.pdffactory.com