JEFFER, MANGELS, BUTLER & MITCHELL LLP
JAMES WESLEY KINNEAR (Bar No. 124771) JWK@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

Attorneys for Defendants Red Head, Inc., Skyy Spirits, LLC,
Sammy Hagar, and Marco Monroy

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ZONE SPORTS CENTER, LLC, a California limited liability company; FRESNO ROCK TACO, LLC, a California limited liability company; MILTON PETER BARBIS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>RED HEAD, INC., DBA Cabo Wabo Enterprises, a California Corporation; SKYY SPIRITS, LLC, a California limited liability company; GRUPPO CAMPARI, a business of unknown corporate status; SAMMY HAGAR, an individual; MARCO MONROY, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 10-CV-01833-AWI-SMS<br><br>**ORDER GRANTING APPLICATION TO FILE DOCUMENTS UNDER SEAL**<br><br>**[Local Rule 141]**<br><br>Judge:  Judge Anthony W. Ishii<br>           Magistrate Judge Sandra M. Snyder |

This Court, having considered the Application to File Documents Under Seal of Defendants Red Head, Inc., dba Cabo Wabo Enterprises, a California corporation;. SKYY Spirits, LLC, a California limited liability company; Sammy Hagar, and Marco Monroy (collectively "Defendants") (the "Application"), as well as the pleadings and papers on file herein, hereby grants Defendants' Application.

*Zone Sports Center et al. v. Red Head, Inc. et al.*;
10-CV-01833-AWI-SMS
Order Granting Application to File Documents Under Seal

1078847v1

IT IS THEREFORE ORDERED as follows: Pursuant to Local Rule 141, the below indicated portions and exhibits of the following documents shall be filed under seal:

Portions of Defendants' Reply Memorandum of Points and Authorities in Support of Motion to Dismiss or Transfer For Improper Venue (28 U.S.C. § 1406; Rule 12 (b) (3)); and portions of the Reply Memorandum of Points and Authorities of Red Head, Inc., Sammy Hagar, Marco Monroy, and Skyy Spirits, LLC in Support of Motion to Dismiss (Rule 12(b)(6)):

1. <u>Portions of the Memorandum of Points and Authorities in Support of Motion to Dismiss or Transfer For Improper Venue (28 U.S.C. § 1406; Rule 12 (b) (3))</u>: P.1 lines 1, 3,14-15; and P.3 line 16.

2. <u>Portions of the Memorandum of Points and Authorities of Red Head, Inc., Sammy Hagar, Marco Monroy, and Skyy Spirits, LLC in Support of Motion to Dismiss (Rule 12(b)(6))</u>: P.1, lines 21-22; P.2 lines 20-21; P.5, lines 18-19, P.6, line 2, P.7 lines 19-22, 27; P.9 lines 6, 20-22.

IT IS SO ORDERED.

Dated:   January 18, 2011                                    _____
                                                             CHIEF UNITED STATES DISTRICT JUDGE

- 2 -   *Zone Sports Center et al. v. Red Head, Inc. et al.*; 10-CV-01833-AWI-SMS
Order Granting Application to File Documents Under Seal

1078847v1