IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Zone Sports Center, Inc. LLC, et al.**         )<br>                                                              )<br>              **Plaintiffs,**                          )<br>                                                              )<br>       v.                                                  )<br>                                                              )<br>**Red Head, Inc., et al.,**                        )<br>                                                              )<br>              **Defendants.**                        )<br>_____ ) | 1:10-CV-01833 AWI SMS<br><br>ORDER VACATING<br>JANUARY 24, 2011 HEARING<br>DATE AND TAKING MATTER<br>UNDER SUBMISSION |

    Currently pending before this Court are three motions to dismiss.  These motions are set for hearing on January 24, 2011, at 1:30 p.m. in Courtroom No. 2.  The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of January 24, 2011, is VACATED, and the parties shall not appear at that time.  As of January 24, 2011, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   January 19, 2011                                                  _____
                                                                                          CHIEF UNITED STATES DISTRICT JUDGE