JEFFER, MANGELS, BUTLER & MITCHELL LLP
JAMES WESLEY KINNEAR (Bar No. 124771) JWK@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone:   (415) 398-8080
Facsimile:   (415) 398-5584



Attorneys for Defendants Red Head, Inc., Skyy Spirits, LLC,
Sammy Hagar, and Marco Monroy

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ZONE SPORTS CENTER, LLC, a California limited liability company; FRESNO ROCK TACO, LLC, a California limited liability company; MILTON PETER BARBIS, an individual, | CASE NO. 10-CV-01833-AWI-SMS |
| Plaintiffs, | **ORDER GRANTING REQUEST TO FILE DOCUMENTS UNDER SEAL** <br> **[Local Rule 141]** |
| v. | |
| RED HEAD, INC., DBA Cabo Wabo Enterprises, a California Corporation; SKYY SPIRITS, LLC, a California limited liability company; GRUPPO CAMPARI, a business of unknown corporate status; SAMMY HAGAR, an individual; MARCO MONROY, an individual; and DOES 1 through 10, inclusive, | Judge:   Judge Anthony W. Ishii <br> Magistrate Judge Sandra M. Snyder |
| Defendants. | |

This Court, having considered the Request to File Documents Under Seal of

Defendants Red Head, Inc., dba Cabo Wabo Enterprises, a California corporation;. SKYY Spirits,

LLC, a California limited liability company; Sammy Hagar, and Marco Monroy (collectively

"Defendants") (the "Motion"), as well as the pleadings and papers on file herein, hereby grants

Defendants' Motion.

PRINTED ON
RECYCLED PAPER

1061481v1

*Zone Sports Center et al. v. Red Head, Inc. et al.;*
10-CV-01833-AWI-SMS
Order Granting Request to File Documents Under
Seal

JMBM | Jeffer Mangels Butler & Mitchell LLP

1    IT IS THEREFORE ORDERED as follows: Pursuant to Local Rule 141, the below

2    indicated portions and exhibits of the following documents shall be filed under seal:

3    Portions of Defendants' Notice of Related Cases; portions of the Notice; portions of the

4    Memorandum of Points and Authorities in Support of Motion to Dismiss or Transfer For Improper

5    Venue (28 U.S.C. § 1406; Rule 12 (b) (3)); and portions of the Memorandum of Points and

6    Authorities in Support of Motion to Dismiss (Rule 12(b)(6)):

7    Portions of Notice of Related Cases: P.3 lines 14, 16-20

8    Portions of the Notice: P.2 lines10-11, 15

9    Portions of the Memorandum of Points and Authorities in Support of Motion to Dismiss or

10    Transfer For Improper Venue (28 U.S.C. § 1406; Rule 12 (b) (3)): P.1 lines 12, 16;  P.3 lines 10-13;

11    P.4 lines 3-4, 18; P.5 lines 1, 5, 12-13, P. 7, lines 11-12.

12    Portions of the Memorandum of Points and Authorities in Support of Motion to Dismiss

13    (Rule 12(b)(6)):  P.1, lines 23-24; P.3 line 2; P.4, lines 15, 18-20; P.5, lines 1, 3-7, 9-11; P.6 lines

14    21-24, 27; P.7 lines 1-25, P.9 lines 8-9, 12-17, P. 10 lines 5-9, 17-20; P.11, line 5; P.14,lines 25-27;

15    P.15 lines 1, 21-23; P.24 lines 24-25; P. 26, lines 4-6;

16    Exhibit A - the Settlement Agreement;

17    Exhibit C - the License Agreement; and

18    Exhibit E - Declaration of Milton Peter Bardis

19    IT IS SO ORDERED.

20

21    DATED:   _/ - 2 5 - / /_

22                                    THE HONORABLE ANTHONY W. ISHII of the
                                      United States District Court
23

24

25

26

27

28

1061481v1

- 2 -    *Zone Sports Center et al. v. Red Head, Inc. et al.*;
         10-CV-01833-AWI-SMS
         Order Granting Request to File Documents Under
         Seal

JMBM | Jeffer Mangels
      Butler & Mitchell LLP